IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVE L. McCOY, | ) | CASE NO. 4:09CV3155 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, as | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff Steve L. McCoy's unopposed motion to extend the Plaintiff's briefing deadline from January 20, 2010, to January 27, 2010 (Filing No. 17). The Plaintiff has had two previous extensions of time.

IT IS ORDERED:

1. The Plaintiff's motion to extend the Plaintiff's briefing deadline (Filing No. 17) is granted;

2. The Plaintiff's brief must be filed on or before January 27, 2010; and

3. The Plaintiff will not receive any further extensions of time.

DATED this 20th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge