IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVE L. McCOY, | CASE NO. 4:09CV3155 |
| Plaintiff, | |
| v. | MEMORANDUM |
| | AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's motion and application to proceed in forma pauperis on appeal (Filing No. 31) and the Plaintiff's pro se notice of appeal (Filing No. 30) filed through counsel.

The Plaintiff has complied with Federal Rule of Appellate Procedure 24. Accordingly,

IT IS ORDERED:

1.  The Plaintiff's motion to proceed in forma pauperis on appeal (Filing No. 31) is granted; and

2.  The Plaintiff is granted leave to proceed on appeal in forma pauperis.

DATED this 9th day of November, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge